lation of Louise M. Capen, against William H. Maxwell and others, constituting the board of examiners of the board of education of the city of New York. No opinion. Motion granted, without costs.

PEOPLE ex rel. CITY ISLAND CO., Respondent, v. O'DONNEL et al., Appellants (two cases). SAME v. BRADY. SAME v. PURDY. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Proceedings by the people of the state of New York, on the relation of the City Island Company, against Frank A. O'Donnel and others. D. Rumsey, for appellants. P. C. Peck, for respondent. No opinions. Orders affirmed, with costs and disbursements. Orders filed.

PEOPLE ex rel. CONWAY v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of William J. Conway, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. DOUGHERTY v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of E. N. Dougherty, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. DOUGHERTY v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Neville Dougherty, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. DUNPHY et al., Appellants, v. WIGGINS, Respondent. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Proceedings by the people of the state of New York, on the relation of John Dunphy and others, against Abram H. Wiggins, as supervisor, etc.

PER CURIAM. Order affirmed, with costs. KELLOGG, J., not sitting.

PEOPLE ex rel. EVANS, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Proceedings by the people of the state of New York, on the relation of Joseph Evans, against Charles F. Milliken and others. No opinion. Order affirmed, with costs.

PEOPLE ex rel. FENN v. W. M. OSTRANDER, Inc. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Proceedings by the people of the state of New York, on the relation of Nene V. T. Fenn, against W M. Ostrander, Incorporated. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FINELLI v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Louis W. Finelli, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. FRANGHIADI v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of M. S. Franghiadi, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. HATFIELD v. DOOLEY et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New York, on the relation of Maria E. Hatfield, against Edward J. Dooley, as president of the board of city magistrates, and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HEALY v. MAXWELL et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New York, on the relation of Alice K. Healy, against William H. Maxwell and others, constituting the board of examiners of the board of education of the city of New York. No opinion. Motion granted, without costs.

PEOPLE ex rel. HIRSCH v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of William Hirsch, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. KEMMET, Appellant, v. CRAIG, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Proceedings by the people of the state of New York, on the relation of Nikolaus Kemmet, against William H. Craig, sheriff, etc. No opinion. Order affirmed, on the opinion of CLARK, J., in 111 N. Y. Supp. 909.

PEOPLE ex rel. KOKOSHKIN, Appellant, v. HARLEM INDEPENDENT SOCIETY, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Proceedings by the people of the state of New York, on the relation of Nathan Kokoshkin, against the Harlem Independent Society. M. Kaufman, for appellant. H. C. Goldsmith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LANDIS v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Leo J. Landis, against Edmund J. Butler. No opinion. Order filed.

PEOPLE ex rel. LEONARD v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New

York, on the relation of Thomas Leonard, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

PEOPLE ex rel. LICHTENBERG v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Louis Lichtenberg, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Orders filed.

PEOPLE ex rel. McEACHRON, Respondent, v. BASHFORD, County Treasurer, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Proceedings by the people of the state of New York, on the relation of George E. McEachron, against James D. Bashford, as county treasurer, etc. No opinion. Order affirmed, with costs, on the opinion of CLARK, J., in 112 N. Y. Supp. 502.

PEOPLE ex rel. McNEILL v. LANTRY. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of David McNeill, against F. J. Lantry. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. MARCUS v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of M. Marcus, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. RAPELJE, Appellant, v. McKEOWN, Town Clerk, et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Proceedings by the people of the state of New York, on the relation of John Rapelje, against Charles J. McKeown, as town clerk, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. REDDEN v. ADAM et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Proceedings by the people of the state of New York, on the relation of Horace A. Redden, against James N. Adam and others, as, etc. No opinion. Writ of certiorari dismissed, with $50 costs and disbursements.

PEOPLE ex rel. SCHNEIDER v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of William Schneider, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. SHEA v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Proceedings by the people of the state of New

York, on the relation of John Shea, against Theodore A. Bingham, as commissioner. J. J. Bennett, for relator. T. Connoly, for respondent. No opinion. Writ dismissed and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. THOMAS v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Francis R. Thomas, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. TILDEN v. W. M. OSTRANDER, Inc. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Proceedings by the people of the state of New York, on the relation of Mary L. Tilden, against W. M. Ostrander, Incorporated. M. L. Stover, for appellant. A. O. Townsend, for relator. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PERLEY, Appellant, v. SHUBERT, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Frank L. Perley against Lee Shubert. F. Bien, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 121 App. Div. 786, 106 N. Y. Supp. 593.

PETER, Appellant, v. D'D-COCK, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Ellis Peter against Henry D'd-cock, impleaded with others. No opinion. Judgment affirmed, with costs.

PETERSEN, Respondent, v. UNITED STATES EXPRESS REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Christine Petersen, as administratrix, etc., of Fred Petersen, deceased, against the United States Express Realty Company and others. No opinion. Judgment and order unanimously affirmed, with costs.

PHILIP, Respondent, v. CROSSTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Phebe E. Philip against the Crosstown Street Railway Company. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS, J., votes for reversal on the ground that the verdict of the jury on the questions of negligence and the amount of damages is against the weight of the evidence.

PLATT, Respondent, v. BONSALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Arthur C. Platt against Seymour W. Bonsall and another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs. See Dietz v. Leber, 33 App. Div. 563, 53 N. Y. Supp. 977.